**Opinion filed December 1, 2011**



# In The

# Eleventh Court of Appeals

_____

## No. 11-11-00319-CR
_____

## IN RE JOHNNY EDWARDS

**Original Mandamus Proceeding**

## M E M O R A N D U M   O P I N I O N

Relator, Johnny Edwards, has filed a petition for writ of mandamus complaining about officials with the Texas Department of Criminal Justice for "wholly failing and refusing to exemplify their job duties." We dismiss for want of jurisdiction.

A court of appeals has no general writ power over a person other than a judge of a district or county court in the court of appeals district unless issuance of the writ is necessary to enforce the court's jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221 (West 2004). In order for officials of the Texas Department of Criminal Justice to fall within our jurisdictional reach, relator must establish that the issuance of the writ of mandamus is necessary to enforce our jurisdiction. *See id.*; *In re Coronado*, 980 S.W.2d 691, 692-93 (Tex. App.—San Antonio 1998, orig. proceeding). Relator has not demonstrated that the exercise of our mandamus authority against the respondents is necessary to enforce our jurisdiction. Consequently, we have no authority to issue a writ of mandamus.

Accordingly, the petition for writ of mandamus is dismissed for want of jurisdiction.


PER CURIAM

December 1, 2011

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel consists of:  Wright, C.J.,
McCall, J., and Kalenak, J.